UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN THOMAS EKDAHL,

    Defendant.

                              /

Case No. 1:15cr19

Hon. Robert J. Jonker

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge filed October 9, 2015, is approved and adopted as the Opinion and Findings of this Court, with one exception. The Report and Recommendation indicates, in error, that the change of plea was entered with a written plea agreement. There is no plea agreement in this case.

2. Defendant Jordan Thomas Ekdahl's plea of guilty to Count 1 of the Indictment is accepted. Defendant is adjudicated guilty.

3. Defendant Jordan Thomas Ekdahl shall be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2).

                                            /s/Robert J. Jonker
                                            Robert J. Jonker
                                            Chief United States District Judge

Dated: December 21, 2015