UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 2:15-CR-19

v.

HON. ROBERT J. JONKER

JORDAN THOMAS EKDAHL,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the transcript of the violation hearing, **IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 49) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty to the five violations of supervised release as set forth in the probation petition (ECF No. 35) is accepted and defendant is adjudicated guilty of the violations.

3. A separate Judgment shall enter.

Date: January 29, 2019        /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE