UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                      Case No. 2:15-cr-19

               Plaintiff,              Hon. Robert J. Jonker
                                 Chief U.S. District Judge

    v.

JORDAN THOMAS EKDAHL,

               Defendants.
_____/

## <u>ORDER FOR DETENTION</u>

Defendant appeared before the undersigned on December 22, 2020 for an initial appearance on a Petition for Warrant for Offender Under Supervision (ECF No. 57).

Defendant was advised of his rights and the violations, as required by Fed. R. Crim. P. 32.1.

Defendant waived detention hearing at this time.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  December 23, 2020          /s/ *Maarten Vermaat*
                                MAARTEN VERMAAT
                                U.S. MAGISTRATE JUDGE